1

2                                          THE HONORABLE TIFFANY M. CARTWRIGHT

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                       FOR THE WESTERN DISTRICT OF WASHINGTON
8                                   AT SEATTLE

9  KATHERINE ADAMS, AIMEE RAY,
   ALEKSEY KOPYTIN, BIILIE JO JACOBS,        Case No. 2:23-cv-00465-TMC
10 CARI KUUTTILA, CARRIE VAN LITH,
   CARLY CROSBY, CHERIE SMITH,
11 CHRISTOPHER MITCHELL, DARCIE
   BARNES, DARCIE COOPER, DAVID
12 STICKNEY, GAIL W. GALLIEN, IRINA          **STIPULATED MOTION AND**
   IKBAL, JAMEY CLARK, JASON HAINES,         **ORDER TO CONTINUE TRIAL**
13 JENNIFER BARNES, JESSICA ROSELL, JO-      **DATE**
   NATHAN THOMAS, KIMBERLY
14 COOPER, LAURA GOLDBECKER,
   LAURECE RUST, LEGRAND JONES,              **NOTE ON MOTION CALENDAR:**
15 LENNY BAYLESS, LISA K. MARTIN,            **AUGUST 8, 2024**
   LYNETTE KING, MADELIN BARCLAY,
16 MARY COMMINS, MISTY COX, NAOMI
   NGUYEN, PAMELA COFFELL, POLLY
17 FENNING, REBEKAH HOYT, SARAH
   CASTEEL PEARL, SCOTT DOOLIN, STACY
18 COWIN, STEVEN W. PALMIERI, TERISA
   RIVERA, TINA HOWARD, TRUDY
19 BAYLESS, DEANA MAE KENELTY

20                 Plaintiffs,

21 v.

22 WASHINGTON STATE DEPARTMENT
   OF HEALTH AND HUMAN SERVICES, a
23 government agency, WASHINGTON
   STATE DEPARTMENT OF SOCIAL AND
24 HEALTH SERVICES, a government agency,
   WENDY LONG, an individual, SONYA
25 SANDERS, an individual,

26                 Defendants.

*STIPULATED MOTION AND ORDER TO CONTINUE*
*TRIAL DATE*
*(2:23-cv-00465-TMC )* - 1

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

**STIPULATION**

Pursuant to LCR 7(d)(1) and 10(g), Plaintiffs and Defendants jointly ask the Court to continue the trial date from March 3, 2025 to November 3, 2025.

This is a significant action involving 41 plaintiffs and an expected 4-6 week jury trial. Plaintiffs recently amended their complaint, and the parties are about to embark on a phase of discovery that will be very expensive and time consuming. The parties have conferred and agree it would be in the best interests of the parties and the Court for the parties to have additional time to explore opportunities to resolve or limit some or all of plaintiffs' claims before incurring significant additional discovery-related expenses in this matter.  We ask the Court to facilitate that by continuing the trial date by six months from March 3, 2025 to November 3, 2025.  No party will be prejudiced by this modest continuance and the parties believe a continuance will be both in their interests and the interests of judicial economy.

DATED this 8th day of August, 2024.

Arnold Jacobwitz & Alvarado PLLC

By _s/Nathan J. Arnold_
 Nathan J. Arnold, WSBA #45356
 Lesley Alvarado, WSBA #61465
 8201 164th Ave. NE, Suite 200
 Redmond, WA 98052
 (206)799-4221
 Nathan@ajalawyers.com
 lesley@ajalawyers.com

_Attorneys for Plaintiffs_

Hillis Clark Martin & Peterson P.S.

By _s/Michael J. Ewart_
 Mary Crego Peterson, WSBA #31593
 Michael J. Ewart, WSBA #38655
 999 Third Avenue, Suite 4600
 Seattle, WA 98104
 206.623.1745
 mary.peterson@hcmp.com;
 jake.ewart@hcmp.com;

_Special Assistant Attorneys General_
_Attorneys for Defendants_

1

## ORDER

2        It is so ordered.  The trial date is continued from March 3, 2025 to November 3, 2025 and

3    all pretrial deadlines shall be adjusted accordingly.  A new scheduling order will be issued.

4        DATED this 9th day of August, 2024.

5

6                                         _____
                                          TIFFANY M. CARTWRIGHT
7                                         United States District Judge

8

9    Presented by:

10       Arnold Jacobwitz & Alvarado PLLC        Hillis Clark Martin & Peterson P.S.

11
     By  *s/Nathan J. Arnold*            By   *s/Michael J. Ewart*
12       Nathan J. Arnold, WSBA, #45356        Mary Crego Peterson, WSBA #31593
         Lesley Alvarado, WSBA #61465          Michael J. Ewart, WSBA #38655
13       8201 164th Ave. NE, Suite 200         999 Third Avenue, Suite 4600
         Redmond, WA 98052                     Seattle, WA 98104
14       (206)799-4221                         206.623.1745
         Nathan@ajalawyers.com                 mary.peterson@hcmp.com;
15       lesley@ajalawyers.com                 jake.ewart@hcmp.com;

16

17       *Attorneys for Plaintiffs*            *Special Assistant Attorneys General*
                                               *Attorneys for Defendants*
18

19

20

21

22

23

24

25

26

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby caused to be served a true and correct copy of the foregoing document by method indicated below and addressed to the following:

Nathan J. Arnold, WSBA, #45356
Lesley Alvarado, WSBA #61465
Arnold Jacobwitz & Alvarado PLLC
8201 164th Ave. NE, Suite 200
Redmond, WA 98052
nathan@ajalawyers.com
lesley@ajalawyers.com
(206)799-4221

Dennis McGlothin
Western Washington Law Group, PLLC
10485 NE 6th St. #1820
Bellevue, WA 98004
docs@westwalaw.com

*Counsel for Plaintiff*

*Delivery Via:*
[ ] U.S. Mail
[ ] Overnight Mail
[ ] Facsimile
[ ] E-Mail
[☒] CM/ECF

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 8th day of August, 2024, at Alexandria, Virginia.

HILLIS CLARK MARTIN & PETERSON P.S.

*s/Erika M. Donis*
Erika M. Donis, Legal Assistant
erika.donis@hcmp.com

*STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE
(2:23-cv-00465-TMC ) - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789