UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KATHERINE ADAMS et al,<br><br>               Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT<br>OF HEALTH AND HUMAN SERVICES et<br>al,<br><br>             Defendant. | Case No. 2:23-cv-00465-TMC<br><br>ORDER TO SHOW CAUSE |

Plaintiff's counsel are ordered to show cause no later than February 5, 2025, why Ms. Adams's claims should not be dismissed with prejudice based on her request. Plaintiff's counsel are further ordered to appear for a Zoom hearing on the order to show cause on February 7 at 3:00 PM. Plaintiff's counsel shall provide information on how to attend the hearing to Ms. Adams. Attendance at the hearing by defense counsel is optional.

Dated this 30th day of January, 2025.

Tiffany M. Cartwright
United States District Judge