UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KATHERINE ADAMS, et al.,

    Plaintiffs,

v.

WASHINGTON STATE DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

    Defendants.

Case No. 2:23-cv-00465-TMC

**ORDER FOR VOLUNTARY DISMISSAL OF PLAINTIFFS ADAMS, PALMIERI, NGUYEN AND BARCLAY**

**ORDER**

It is hereby ORDERED that all claims brought by Plaintiffs Kay (Katherine) Adams, Steve Palmieri, Naomi Nguyen, and Madelin Barclay are dismissed with prejudice.

DATED this 3rd day of February, 2025.

Tiffany M. Cartwright
United States District Judge