1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| AIMEE RAY et al, | Case No. 2:23-cv-00465-TMC |
|---|---|
| Plaintiff, | ORDER ON MOTION FOR REMOVAL OF NAME FROM CASE TITLE AND SUBSTITUTION |
| v. | |
| WASHINGTON STATE DEPARTMENT OF HEALTH AND HUMAN SERVICES et al, | |
| Defendant. | |

On February 3, 2025, the Court dismissed with prejudice four plaintiffs, including Katherine Adams, that sought dismissal from the above-captioned action. Dkt. 46. Following a hearing on February 7, 2025, the Court also granted Ms. Adams's motion to amend the caption so that her name would no longer appear as the first plaintiff. Dkt. 47. On February 20, Ms. Adams petitioned the Court to also remove her name entirely from the case title. Dkt. 48.

Because Ms. Adams was at one point a plaintiff in this lawsuit, her name must remain on the docket as a matter of public record, and the Court cannot alter the docket to remove her name entirely. While she is no longer a party to this case, the court record will continue to show that at one point she was a plaintiff. By granting her request to amend the caption, however, the Court has ensured that any documents filed in the case (such as this Order) no longer bear her name.

ORDER ON MOTION FOR REMOVAL OF NAME FROM CASE TITLE AND SUBSTITUTION - 1

Ms. Adams's additional motion to remove her name from the case title (Dkt. 48) is therefore DENIED, as the Court has already granted her previous motion to amend the caption.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 3rd day of March, 2025.

Tiffany M. Cartwright
United States District Judge