UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AIMEE RAY, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | CASE NO. 2:23-cv-00465-TMC <br><br> ORDER ON STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |

The parties, pursuant to Fed. R. Civ. P. 6(b)(1)(A), jointly move to extend the time to file a response and reply to the Defendants' Motion for Judgment on the Pleadings, Dkt. No. 53. The current deadline for Plaintiffs to file their response is April 18, 2025. The parties request the Court extend the Plaintiffs' deadline to file a Response brief to Defendants' Motion to April 25, 2025, with Defendants' Reply due May 2, 2025 and Defendants' Motion re-noted for consideration on May 2, 2025.

Plaintiffs request the extensions of time sought in this Motion because Plaintiffs' counsel have numerous conflicting commitments in other cases that will make it difficult to meet the current deadlines. These conflicts include two appellate briefs due in other matters just days prior to the date Plaintiffs' Response would be due in this matter, as well as a pre-trial statement due in a matter common to counsel for both parties. Defendants have agreed to Plaintiffs' request.

ORDER ON STIPULATED MOTION TO
EXTEND BRIEFING SCHEDULE TO
DEFENDANTS' MOTION FOR JUDGMENT
ON THE PLEADINGS
(CASE NO. 2:23-cv-00465-TMC)

1

The parties agree that extending the briefing schedule one week as requested in this Motion will not prejudice either party or the administration of the case.

Accordingly, for the foregoing reasons, the undersigned respectfully request that the Court grant this Stipulated Motion.

Dated this 3rd day of April 2025.

**ARNOLD JACOBOWITZ & ALVARADO PLLC**

*s/ Nathan J. Arnold*
Nathan J. Arnold WSBA No. 45356
8201 164th Ave. NE, Ste. 200
Redmond, WA 98052
(206) 799-4221
Nathan@ajalawyers.com
*Counsel for Plaintiffs*


**HILLIS CLARK MARTIN & PETERSON P.S.**

*s/ Mary Crego Peterson*
*s/ Michael J. Ewart*
Mary Crego Peterson, WSBA No. 31593
Mary.peterson@hcmp.com
Michael J. Ewart, WSBA No. 38655
Jake.ewart@hcmp.com
999 Third Avenue, Suite 4600
Seattle, WA 98104
Telephone: 206.623.1745
*Special Assistant Attorneys General*
*Attorneys for Defendants*

IT IS SO ORDERED.

The Clerk is directed to re-note Defendants' Motion for Judgment on the Pleadings, Dkt. No. 53, for May 2, 2025. Plaintiffs' Response is due April 25, 2025. Defendants' Reply is due May 2, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER ON STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
(CASE NO. 2:23-cv-00465-TMC)

2